1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone:  (949) 720-1288
3  Facsimile: (949) 720-1292

4

5  Attorneys for Plaintiffs, Angelo Vitale and Nancy Vitale

6

7

8

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____     )     **CASE NO.  C05-5353 (CRB)**
    **IN RE: BEXTRA AND CELEBREX**         )
14  **MARKETING SALES PRACTICES AND**      )     **MDL NO. 1699**
    **PRODUCT LIABILITY LITIGATION**       )     **District Judge:  Charles R. Breyer**
15  _____     )
                                           )
16  ANGELO VITALE AND NANCY VITALE,        )
                                           )
17            Plaintiffs,                  )     **STIPULATION AND ORDER OF**
                                           )     **DISMISSAL WITH PREJUDICE**
18  vs.                                    )
                                           )
19                                         )
    G.D. SEARLE & CO., PHARMACIA           )
20  CORPORATION; MONSANTO COMPANY,         )
    a Delaware corporation; PFIZER, INC., a)
21  Delaware corporation; PFIZER GLOBAL    )
    RESEARCH &                             )
22  DEVELOPMENT,                           )
                                           )
23                                         )
             Defendants.                   )
24                                         )
                                           )
25  _____     )

26

27        Come now the Plaintiffs, **ANGELO VITALE and NANCY VITALE** and Defendants,

28  by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

                                          -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1

1   41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing

2   its own attorneys' fees and costs.

3

4

5       DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6                                        By: _____

7                                           MARK P. ROBINSON, JR.
                                            Attorneys for Plaintiffs Angelo Vitale and
8                                           Nancy Vitale

9

10      DATED: ___Oct. 22___, 2009       DLA PIPER LLP (US)

11
                                         By: ___/s/_____
12                                          Matt Holian
                                            Attorneys for Defendants
13

14

15      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
16      **IT IS SO ORDERED.**

17

18      Dated: **OCT 2 8 2009**
                                         Hon. Charles R. Breyer
19                                       United States District Court

20

21

22

23

24

25

26

27

28

                                         -2-

EAST\42531961.1